```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   24 MJ 03258
    -against-                       :   ORDER
                                    :
Edward Gene Smith                   :
                                    :
    Defendant                       :
                                    :
------------------------------------X
```

Sarah L. Cave, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to remove the condition of "wife's device(s) subject to computer monitoring by PTS"

Dated: New York, New York
       September 13, 2024

                                    SO ORDERED:

                                    _____
                                    Sarah L. Cave
                                    United States Magistrate Judge