

**SPODEK LAW GROUP P.C.**
Treating you like family since 1976

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

September 24, 2024

**All Counsel by ECF**:

The Honorable Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> Application granted.
> So Ordered.
> Katharine H Parker
> USMJ   9/24/2024

   RE:   United States v. Edward Smith
         Case No.: 1:24-mj-03258-UA-1
         Southern District of New York
         Letter Motion Seeking Extension for Deadline for Remaining Conditions to be Met

Dear Judge Parker:

   Please be advised that I represent **Edward Smith** in the above captioned action.

   On September 10, 2024, the Court signed an Order setting conditions of release for Mr. Smith. *See* ECF No. 4. A deadline was set for September 24, 2024, for Mr. Smith's remaining conditions of release to be met.

   Mr. Smith provided the Government with two financially responsible persons ("FRPs") to co-sign his Bond on September 18, 2024 and September 19, 2024. The Government was also provided with the required documents for each person. The Government has yet to approve the FRPs.

   We respectfully request an extension of the September 24, 2024 deadline by one week for Mr. Smith to meet his remaining conditions of release.

   The Government does not object to this request. Thank you in advance for your time and consideration in this matter.

                        Sincerely,
                        **Spodek Law Group P.C.**
                        /s/ Todd A. Spodek
                        Todd A. Spodek